1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   FEDERAL INSURANCE COMPANY, a New    )
     Jersey corporation,                 )    2:11-cv-00586-GEB-KJN
                                          )
13              Plaintiff,                )    ORDER CONTINUING STATUS
                                          )    (PRETRIAL SCHEDULING)
14          v.                            )    CONFERENCE; FED. R. CIV. P.
                                          )    4(M) NOTICE
15   JAS FORWARDING (USA), INC., a        )
     Washington corporation; SIERRA       )
16   BAY TRANSPORT, INC., a               )
     California corporation; and DOES     )
17   1-10, inclusive,                     )
                                          )
18              Defendants.               )
                                          )
19   _____     )

20          The Joint Status Report filed August 10, 2011 reveals this

21   case is not ready to be scheduled. Therefore, the Status (Pretrial

22   Scheduling) Conference scheduled for hearing on August 29, 2011 is

23   continued to October 3, 2011 at 9:00 a.m.  A further joint status report

24   shall be filed no later than fourteen (14) days prior.

25          Further, Plaintiff is notified under Rule 4(m) of the Federal

26   Rules of Civil Procedure that if defendant Sierra Bay Transport, Inc. is

27   not served with process within the 120 day period prescribed in that

28   Rule it may be dismissed as a defendant in this action unless Plaintiff

                                    1

1  provides proof of service and/or "shows good cause for the failure" to

2  serve within this prescribed period in a filing due no later than 4:00

3  p.m. on September 2, 2011.

4          IT IS SO ORDERED.

5  Dated:  August 26, 2011

6

7  _____
   GARLAND E. BURRELL, JR.

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28