IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEDERAL INSURANCE COMPANY, a New       )
Jersey corporation,                    )        2:11-cv-00586-GEB-KJN
                                       )
            Plaintiff,                 )        ORDER CONTINUING STATUS
                                       )        (PRETRIAL SCHEDULING)
      v.                               )        CONFERENCE; FED. R. CIV. P.
                                       )        4(M) NOTICE
JAS FORWARDING (USA), INC., a          )
Washington corporation; SIERRA         )
BAY TRANSPORT, INC., a                 )
California corporation; and DOES       )
1-10, inclusive,                       )
                                       )
            Defendants.                )
_____ )

        The Joint Status Report filed August 10, 2011 reveals this

case is not ready to be scheduled. Therefore, the Status (Pretrial

Scheduling) Conference scheduled for hearing on August 29, 2011 is

continued to October 3, 2011 at 9:00 a.m.  A further joint status report

shall be filed no later than fourteen (14) days prior.

        Further, Plaintiff is notified under Rule 4(m) of the Federal

Rules of Civil Procedure that if defendant Sierra Bay Transport, Inc. is

not served with process within the 120 day period prescribed in that

Rule it may be dismissed as a defendant in this action unless Plaintiff

provides proof of service and/or "shows good cause for the failure" to serve within this prescribed period in a filing due no later than 4:00 p.m. on September 2, 2011.

IT IS SO ORDERED.

Dated:  August 26, 2011

GARLAND E. BURRELL, JR.
United States District Judge