IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a New Jersey corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JAS FORWARDING (USA), INC., a Washington corporation; SIERRA BAY TRANSPORT, INC., a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____ | 2:11-cv-00586-GEB-KJN<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The August 26, 2011, Order Continuing Status (Pretrial Scheduling) Conference scheduled a status conference in this case on October 3, 2011, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

        Therefore, Plaintiff and Defendant JAS Forwarding (USA), Inc. are Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on October 7, 2011, why sanctions should not be imposed against them and/or their counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The

1

written response shall also state whether the parties or their counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held on November 28, 2011, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated:  September 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).