IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, a New Jersey corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JAS FORWARDING (USA), INC., a Washington corporation; SIERRA BAY TRANSPORT, INC., a California corporation,<br><br>        Defendants.<br>_____<br>JAS FORWARDING (USA), INC., a Washington corporation,<br><br>        Cross-Claimant,<br><br>    v.<br><br>SIERRA BAY TRANSPORT, INC., a California corporation,<br><br>        Cross-Defendant.<br>_____ | 2:11-cv-00586-GEB-KJN<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

        Plaintiff Federal Insurance Company filed a "Notice of Settlement" on October 31, 2011, in which it states, "the parties in this matter have reached a settlement of the entire action[, and s]ettlement documents are presently being finalized and signatures being collected." (ECF No. 30.)

1  Therefore, a dispositional document shall be filed no later
2 than November 22, 2011. Failure to respond by this deadline may be
3 construed as consent to dismissal of this action without prejudice, and
4 a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
5 file dispositional papers on the date prescribed by the Court may be
6 grounds for sanctions.").

7  Further, Plaintiff "requests the Court to vacate the date
8 presently set for service of Defendant, Sierra Ba[y] Transport[.]"
9 Therefore, Plaintiff's request is granted and Plaintiff shall serve
10 Defendant Sierra Bay Transport no later than December 22, 2011, in the
11 event no dispositional document is filed, or if this action is not
12 otherwise dismissed.

13 Dated: October 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2